UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Case No. 08-CR-20443
HON. GEORGE CARAM STEEH

SAFI BZEIH,

    Defendant.

_____/

ORDER DENYING WITHOUT PREJUDICE
DEFENDANT'S MOTION FOR SEVERANCE (#27)

For the reasons set forth on the record at a December 11, 2008 hearing, defendant Safi Bzeih's motion for severance of his case from other co-defendants is hereby DENIED, without prejudice.

SO ORDERED.

Dated: December 11, 2008

                                    s/George Caram Steeh
                                    GEORGE CARAM STEEH
                                    UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on December 11, 2008, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk