UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                  Case No. 08-CV-20443
vs.                                HON. GEORGE CARAM STEEH

D-3 SAFI BZEIH,

        Defendant.

_____/

ORDER GRANTING DEFENDANT'S MOTION
FOR A 30-DAY EXTENSION TO REPORT TO THE BOP
DUE TO A MEDICAL EMERGENCY (# 70), DENYING AS MOOT DEFENDANT'S
EMERGENCY MOTION FOR A 60-DAY EXTENSION TO REPORT TO THE BOP DUE
TO LACK OF NOTICE (# 69), AND
ORDERING THE UNITED STATES MARSHAL TO PROVIDE
FOR DEFENDANT'S NON-CUSTODIAL ONE-WAY TRAVEL EXPENSES

On December 2, 2009, defendant Safi Bzeih filed an emergency motion for a 60-day extension of his December 9, 2009 self-report date to the federal Bureau of Prisons ("BOP") at FCI Forrest City, Arkansas, arguing he was not provided adequate notice of the report date, and will need 60 days to raise the money necessary to travel to Arkansas. On December 4, 2009, defendant Bzeih filed a motion for a 30-day extension of his December 9, 2009 self-report date based on a December 4, 2009 episode in which Bzeih's wife was treated in the Emergency Room at Henry Ford Hospital for chest pain and anxiety. Bzeih argues he will need 30 days to accommodate his wife's medical needs.

     Having reviewed the motions, the court finds that defendant Bzeih is entitled to a 30-day extension of his December 9, 2009 self-report date based on the recent illness of his

wife. To accommodate Bzeih's financial situation as expressed in his December 2, 2009 motion, the court finds it appropriate to order the United States Marshal to provide for Bzeih's non-custodial travel expenses to FCI Forrest City, Arkansas, rendering Bzeih's motion for a 60-day extension moot. Accordingly,

IT IS HEREBY ORDERED that defendant Safi Bzeih's December 4, 2009 motion for a 30-day extension of his December 9, 2009 self-report date is hereby GRANTED to the extent that defendant Bzeih SHALL surrender on **Monday, January 11, 2010, by 12:00 P.M., to FCI FORREST CITY, 1400 DALE BUMPERS RD., FORREST CITY, ARKANSAS, 72335**, and shall direct any question regarding location, property, etc. to the above institution at 870-494-4200. IT IS FURTHER ORDERED that the United States Marshal shall provide defendant Safi Bzeih with a bus or airline ticket for his one-way non-custodial transportation from Detroit, Michigan, to FCI Forrest City, 1400 Dale Bumpers Rd., Forrest City, Arkansas, 72335, in order to commence service of his sentence by 12:00 P.M. on January 11, 2009. Defendant's December 2, 2009 emergency motion for a 60-day extension of his report date is hereby DENIED as MOOT.

SO ORDERED.

Dated: December 7, 2009

                                            s/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on December 7, 2009, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk